# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

September 26, 2011

No. 11-30221

Lyle W. Cayce
Clerk

IBERIA CREDIT BUREAU INCORPORATED, doing business as Information Services; WARDELL X GERHARDT; ALFRED J. THERIOT; CONSTANCE WHITE LOUVIERE; ELLIOT JOLIET; ET AL,

Plaintiffs-Appellants,

v.

TELECORP COMMUNICATIONS, INCORPORATED, also known as SunCom,

Defendant-Appellee.

Appeal from the United States District Court
for the Western District of Louisiana
(6:01-CV-2148)

Before REAVLEY, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:[*]

We dismiss the appeal for want of jurisdiction because it concerns an interlocutory order compelling arbitration for some of the plaintiffs. Such an order to compel arbitration is not a final order or judgment, and the district court did not certify this interlocutory appeal in writing. 28 U.S.C. § 1292(b). Consequently, the appeal is DISMISSED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.